# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CYNTHIA RICHARTE,<br><br>    Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No.  1:14-cv-00032-SAB<br><br>ORDER STRIKING OPENING BRIEF<br><br>(ECF No. 12) |

Plaintiff Cynthia Richarte filed this action for a review of the final decision of the Social Security Administrator on January 9, 2014.  On July 31, 2014, Plaintiff filed an opening brief. On August 1, 2014, Plaintiff filed a notice of withdrawal of the opening brief.

Based upon Plaintiff's notice, the opening brief filed August 1, 2014, is HEREBY STRICKEN FROM THE RECORD.

IT IS SO ORDERED.

Dated:   **August 4, 2014**

UNITED STATES MAGISTRATE JUDGE

1