# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CYNTHIA RICHARTE, | ) | Case No.: 1:14-cv-00032-SAB |
| Plaintiff, | ) ) | ORDER AWARDING EQUAL |
| vs. | ) ) ) | ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) ) | AND COSTS PURSUANT TO 28 U.S.C. § 1920 |
| Defendant | ) ) ) | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS HEREBY ORDERED that fees and expenses in the amount of $5,300.00 as authorized by 28 U.S.C. § 2412, and costs in the amount of $0.00 as authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **February 16, 2015**

UNITED STATES MAGISTRATE JUDGE

-1-